UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KENNY CARTER,

                               Plaintiff,

         -v.-                                                      9:07-CV-1145
                                                                     (GLS)(RFT)

GLENN GOORD, Commissioner of DOCS;
ALBERTO GONZALEZ; JOHN DOE; and
MR. VANGUILDER, Deputy Superintendent
at Great Meadow,

                              Defendants.

---

APPEARANCES:

KENNY CARTER
90-A-6018
Great Meadow Correctional Facility
Box 51
Comstock, NY 12821
Plaintiff, *pro se*

GARY L. SHARPE
United States District Judge

## DECISION and ORDER

Plaintiff Kenny Carter filed a *pro se* civil rights complaint on October 29, 2007. Dkt. No. 1. On November 23, 2007, Carter filed an *in forma pauperis* application. Dkt. No. 5. By Order of this Court filed December 12, 2007, Carter was directed to submit an amended complaint or his action would be dismissed.[1] Dkt. No. 6. By letter motion dated December 27, 2007, Carter requested an extension of time to submit an amended complaint. Dkt. No. 7. By Text Order dated January 14, 2008, Carter was granted an extension of time until February 14, 2008 to submit an amended complaint.

To date, Carter has not submitted an amended complaint, nor has he requested an

---

[1] The December 12, 2007 Order also granted Carter's *in forma pauperis* application.

additional extension of time to do so.  Accordingly, in accordance with this Court's December 12, 2007 Order, this action is **dismissed without prejudice**.

WHEREFORE, it is hereby

ORDERED that for the reasons set forth above, this action is **dismissed without prejudice**, and it is further

ORDERED, that the Clerk of the Court serve a copy of this Decision and Order on Carter in accordance with the Local Rules.

IT IS SO ORDERED.

Dated:    March 18, 2008

Gary L. Sharpe
U.S. District Judge